# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| H. OROZCO<br><br>Plaintiff(s),<br><br>v.<br><br>KATHRYN BARGER, et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>2:23–cv–04047–FLA–JC<br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENT** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed:   __6/23/2023__

Document No.:   __14__

Title of Document:   __EX PARTE APPLICATION to Extend Time to File Answer Defendants Los Angeles County Bar Assn, Cyn Yamashiro.__

**ERROR(S) WITH DOCUMENT:**

Proposed document was not submitted or was not submitted as a separate attachment.

Missing proposed order .

Other:

As an alternative, prepare and e–file a formal Notice of Lodging, to be docketed only under its specific event: Notice of Lodging, to which the formal proposed order is submitted as a Separate Attachment thereto.

**Note:**   In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: __June 26, 2023__       By:  __/s/ Linda Chai  Linda_Chai@cacd.uscourts.gov__
                                                                          Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

G–112A(08/22) NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS