Heather L. Rosing, Bar No. 183986
hrosing@klinedinstlaw.com
Leah A. Plaskin Lorenz, Bar No. 228008
llorenz@klinedinstlaw.com
Aydin Emami, Bar No. 308815
aemami@klinedinstlaw.com
KLINEDINST PC
501 West Broadway, Suite 600
San Diego, California 92101
(619) 400-8000/FAX (619) 238-8707

Attorneys for Defendants CYN YAMASHIRO and LOS ANGELES COUNTY BAR ASSOCIATION

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| H. OROZCO,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>KATHRYN BARGER, JANICE HAHN, SHEILA KEUHL, HOLLY MITCHELL, HILDA SOLIS, MICHAEL ANTONOVICH, DON KNABE, ZEV YAROSLAVSKY, MARK RIDLEY-THOMAS, CYN YAMASHIRO, LOS ANGELES COUNTY BAR ASS'N, ARLENE BINDER, and 20 UNKNOWN NAMED DEFENDANTS,<br><br>　　　　Defendants. | Case No. 2:23-cv-04047-FLA-JC<br><br>**NOTICE OF LODGING OF PROPOSED ORDER IN SUPPORT OF DEFENDANTS CYN YAMASHIRO AND LOS ANGELES COUNTY BAR ASSOCIATION'S EX PARTE APPLICATION FOR EXTENSION TO RESPOND TO COMPLAINT; MEMORANDUM OF POINTS AND AUTHORITIES AND SUPPORTING DECLARATION**<br><br>Courtroom:　　6B<br>Judge:　　Hon. Fernando L. Aenlle-Rocha<br>Complaint Filed: May 25, 2023 |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Defendants CYN YAMASHIRO and LOS ANGELES COUNTY BAR ASSOCIATION hereby lodge the attached Proposed Order in Support of Defendants' Cyn Yamashiro and Los Angeles County Bar Association's Ex Parte Application For Extension To Respond To Complaint; Memorandum Of Points And Authorities And Supporting Declaration filed on June 23, 2023 (Docket No. 14), attached at Exhibit A.[1]

KLINEDINST PC

DATED: June 26, 2023        By: /s/ Leah A. Plaskin Lorenz
                                Heather L. Rosing
                                Leah A. Plaskin Lorenz
                                Aydin Emami
                                Attorneys for Defendants CYN
                                YAMASHIRO and LOS ANGELES
                                COUNTY BAR ASSOCIATION

---

[1] Defendants submitted a proposed order on June 23, 2023, but it was submitted immediately after the filing of the ex parte papers as a PDF. Thus, in an abundance of caution the proposed order is being resubmitted via this Notice of Lodging.