UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| H. OROZCO,<br><br>  Plaintiff,<br><br>  v.<br><br>KATHRYN BARGER, et al.,<br><br>  Defendants. | Case No. 2:23-cv-04047-FLA (JCx)<br><br>**ORDER GRANTING EX PARTE APPLICATION FOR EXTENSION TO RESPOND TO COMPLAINT** [DKT. 14] |

1

On June 23, 2023, Defendants Cyn Yamashiro and Los Angeles County Bar Association (the "LACBA Defendants") filed an Ex Parte Application for Extension to Respond to Complaint (the "Application"). Dkt. 14. The LACBA Defendants seek a sixty (60) day extension, up to and including September 1, 2023, to file a response to the Complaint. *Id.* The LACBA Defendants state the case file in Los Angeles Superior Court Case No. ZM011442 is "needed to respond to the Complaint and refute Plaintiff's allegations" and the LACBA Defendants are diligently working to obtain the file. *Id.*

Plaintiff H. Orozco ("Plaintiff") opposes the Application. Dkt. 17. Among other arguments, Plaintiff states that "[t]ime is of the essence" and a "60-day extension of time is too much time." *Id.* at 2-3. The court disagrees. In fact, Plaintiff filed a similar complaint on September 28, 2022, and chose to voluntarily dismiss the action on November 30, 2022, after failing to respond to two pending motions to dismiss. Case No. 2:22-cv-07014-FLA (JCx), Dkts. 1, 25, 45, 47. Plaintiff then filed his Complaint in this action on May 25, 2023. Dkt. 1.

The court, having considered the Application and finding good cause therefor, hereby GRANTS the Application. The LACBA Defendants shall respond to the Complaint no later than September 1, 2023.

IT IS SO ORDERED.

Dated: June 28, 2023

FERNANDO L. AENLLE-ROCHA
United States District Judge