ANDREW BAUM - State Bar No. 190397
abaum@glaserweil.com
GLASER WEIL FINK HOWARD
 JORDAN & SHAPIRO LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, California 90067
Telephone:  (310) 553-3000
Facsimile:   (310) 556-2920

Attorneys for Defendants
*Kathryn Barger, Janice Hahn,*
*Sheila Keuhl, Holly Mitchell, Hilda Solis,*
*Michael Antonovich, Don Knabe,*
*Zev Yaroslavsky, and Mark Ridley-Thomas*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| H. OROZCO,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>KATHRYN BARGER, JANICE HAHN, SHEILA KEUHL, HOLLY MITCHELL, HILDA SOLIS, MICHAEL ANTONOVICH, DON KNABE, ZEV YAROSLAVSKY, MARK RIDLEY-THOMAS, CYN YAMASHIRO, LOS ANGELES COUNTY BAR ASS'N, ARLENE BINDER, and 20 UNKNOWN NAMED DEFENDANTS,<br><br>　　　　　Defendants. | CASE NO.: 2:23-cv-04047-FLA-JC<br><br>Hon. Fernando L. Aenlle-Rocha<br><br>**COUNTY DEFENDANTS'** *EX PARTE* **APPLICATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT; MEMORANDUM OF POINTS AND AUTHORITIES AND SUPPORTING DECLARATION; [PROPOSED ORDER FILED CONCURRENTLY]**<br><br>Complaint filed:　May 25, 2023<br>Trial Date:　　　None Set |

Defendants Kathryn Barger, Janice Hahn, Sheila Keuhl, Holly Mitchell, Hilda Solis, Michael Antonovich, Don Knabe, Zev Yaroslavsky, and Mark Ridley-Thomas (the "County Defendants") respectfully apply *ex parte* under Local Rule 7-19 for an extension of time of 60-days, up to and including August 29, 2023, to file a response to the Complaint in the above-captioned action.

The reasons for this application are set forth in the concurrently filed Memorandum of Points and Authorities and Declaration of Andrew Baum. This is the County Defendants' first request for an extension in this action.

Urgency: This Order is sought by means of an *ex parte* application because there is insufficient time to seek an extension by noticed motion before the current deadline. Counsel for the County Defendants was recently retained in this matter and sought, but was unable to obtain, a stipulation from Plaintiff extending the deadline for the County Defendants to the respond to the Complaint.

Notice: Counsel for the County Defendants attempted to meet and confer with Plaintiff's counsel regarding the County Defendants' request for an extension via telephone on June 30, 2023, but was advised that Plaintiff's counsel is out-of-office and unable to respond to the County Defendants' request until July 6, 2023. Declaration of Andrew Baum ("Baum Decl."), ¶ 6. Counsel for the County Defendants are notifying Plaintiff's counsel of this Application on June 30, 2023, via e-filing and a courtesy copy served via overnight mail. *Id.* at ¶ 7.

Plaintiff's Counsel's Contact Information: As set forth in Plaintiff's Complaint, the contact information for Plaintiff's counsel, Stephen Yagman, is: Yagman + Reichmann, LLP; 333 Washington Boulevard, Venice Beach California 90292- 5152; (310) 452-3200; filing@yagmanlaw.net.

| | | |
|---|---|---|
| 1 | DATED: June 30, 2023 | GLASER WEIL FINK HOWARD JORDAN & SHAPIRO LLP |
| 2 | | |
| 3 | | |
| 4 | | By: /s/ Andrew Baum |
| 5 | | ANDREW BAUM *Attorneys for Defendants Kathryn Barger, Janice Hahn, Sheila Keuhl, Holly Mitchell, Hilda Solis, Michael Antonovich, Don Knabe, Zev Yaroslavsky, and Mark Ridley-Thomas* |



## MEMORANDUM OF POINTS AND AUTHORITIES

Defendants Kathryn Barger, Janice Hahn, Sheila Keuhl, Holly Mitchell, Hilda Solis, Michael Antonovich, Don Knabe, Zev Yaroslavsky, and Mark Ridley-Thomas ("County Defendants") respectfully request an extension of time of 60-days, up to and including August 29, 2023, to file a response to the Complaint in the above-captioned action.[1]

Plaintiff Hernan Orozco's Complaint[2] concerns his allegations that there were delays in getting his Sexually Violent Predator ("SVP") case to trial, that he requested that his case be brought to trial, and that, due to defendants' alleged wrongdoing, Plaintiff's due process rights were violated. Plaintiff's case did eventually go to trial (Complaint, ¶ 14), and what Plaintiff omits from his Complaint is that the Superior Court already denied Plaintiff's petition to dismiss the case based on delay, explicitly finding that "Mr. Orozco's due process right to a timely trial was not violated," as "all of the continuances were made at the request of Mr. Orozco or his counsel," among other things. *See e.g.*, Case No. 2:22-cv-07014-FLA-JC, Dkt. No. 25 (County Defendants' Motion to Dismiss), No. 44 (Ex. A Superior Court's Order Denying the Motion to Dismiss the SVP Petition on Delay in Bringing the Petition to Trial filed on August 2, 2021 in *People of the State of California v. H. Orozco*, Los Angeles County Superior Court Case No. ZM011442). Accordingly, the County Defendants anticipate moving to dismiss Plaintiff's Complaint on multiple grounds, including on *res judicata* grounds and because Plaintiff fails to state a claim upon which relief can be granted.

County Defendants' counsel was recently retained in this matter, and needs

---

[1] The County Defendants appear to have been served with the summons and Complaint on or around June 9, 2023. Thus, the County Defendants' current response to the Complaint appears to be June 30, 2023. Baum Decl. ¶ 3.

[2] Plaintiff filed a similar complaint on September 28, 2022 (Case No. 2:22-cv-07014-FLA-JC) but, following County Defendants' Motion to Dismiss, Plaintiff filed a Motion to Dismiss on November 29, 2022. The case was dismissed without prejudice on December 7, 2022. *See* Case No. 2:22-cv-07014-FLA-JC, Dkt. Nos. 25, 45, 47, 48.

time to review Plaintiff's new Complaint and to obtain Plaintiff's file from the underlying SVP case (*People of the State of California v. Hernan Orozco*, Los Angeles Superior Court Case No. ZM011442). Baum Decl. ¶¶ 3-4. County Defendants' counsel anticipates that the parties will then meet and confer and, if necessary, County Defendants' will move to dismiss the Complaint. *Id.* at ¶ 5.

In sum, an extension of time to respond to the Complaint is needed to allow the County Defendants sufficient time to review the Complaint, obtain the relevant SVP file, and to draft and file their Motion to dismiss, if necessary. Baum Decl., ¶¶ 3-5. The County Defendants' requested extension will not prejudice Plaintiff. The case is at its early stages and trial has not been scheduled yet. *Id.* at ¶ 8. Moreover, Defendants Cyn Yamashiro and the Los Angeles County Bar Association recently received an extension of time until September 1, 2023, to respond to the Complaint. *Id.* This is the County Defendants' first request for an extension of time in this action, and this request is not made for any improper purpose or to interpose delay. *Id.* at ¶ 9. Rather, it is made allow the County Defendants sufficient time to revie the file and obtain the necessary information for what the County Defendants anticipate will be a case-dispositive motion to dismiss. Accordingly, the County Defendants respectfully request that their deadline to file a response to the Complaint in the above-captioned action be extended 60 days until August 29, 2023.

DATED:  June 30, 2023

GLASER WEIL FINK HOWARD
    JORDAN & SHAPIRO LLP

By: /s/ Andrew Baum
ANDREW BAUM
  *Attorneys for Defendants*
  *Attorneys for Defendants*
  *Kathryn Barger, Janice Hahn, Sheila*
  *Keuhl, Holly Mitchell, Hilda Solis,*
  *Michael Antonovich, Don Knabe,*
  *Zev Yaroslavsky, and Mark Ridley-Thomas*

# DECLARATION OF ANDREW BAUM

I, Andrew Baum, declare as follows:

1. I am an attorney at law duly licensed to appear before all courts in the State of California and a partner at Glaser Weil Fink Howard Jordan & Shapiro, attorneys of record for Defendants Kathryn Barger, Janice Hahn, Sheila Keuhl, Holly Mitchell, Hilda Solis, Michael Antonovich, Don Knabe, Zev Yaroslavsky, and Mark Ridley-Thomas ("County Defendants") in the above-entitled action.

2. I make this declaration in support of County Defendants' *Ex Parte* Application for Extension of Time to Respond to Complaint. I have personal knowledge of the facts set forth herein, and if called upon to testify thereto, I could and would competently do so under oath.

3. My office was recently retained in this matter, and I understand that the County Defendants were served with the summons and Complaint on June 9, 2023. Thus, the County Defendants' deadline to respond to the Complaint appears to be June 30, 2023.

4. Among other things, to respond to the Complaint I will need time to review Plaintiff's Complaint and to obtain Plaintiff's file from the underlying SVP case (*People of the State of California v. Hernan Orozco*, Los Angeles Superior Court Case No. ZM011442).

5. I anticipate that the parties will then meet and confer and, if necessary, County Defendants' will move to dismiss the Complaint on *res judicata* grounds, and for failure to state a claim upon which relief can be granted.

6. On June 30, 2023 I attempted to meet and confer with Plaintiff's counsel regarding the County Defendants' request for an extension of time to respond to the Complaint via telephone, but I was advised that Plaintiff's counsel is out-of-office and unable to respond to the County Defendants' request until July 6, 2023.

7. My office will be notifying Plaintiff's counsel of this Application on June 30, 2023, via e-filing and a courtesy copy served via overnight mail.

8. The case is at its early stages and trial has not been scheduled yet. Moreover, Defendants Cyn Yamashiro and the Los Angeles County Bar Association recently received an extension of time until September 1, 2023, to respond to the Complaint.

9. This is the County Defendants' first request for an extension of time in this action, and this request is not made for any improper purpose or to interpose delay.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration is executed on June 30, 2023 in Los Angeles, California.

/s/ Andrew Baum